NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
peter.s.levitt@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE KAYLN, D.N.P./A.P.R.N., a.k.a. LESLIE FETH,<br><br>Defendant. | Case No. 2:18-cr-00169-JCM-NJK<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING<br>*(First Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and PETER S. LEVITT, Assistant United States Attorney, counsel for the United States of America, and PETER S. CHRISTIANSEN, ESQ., counsel for Defendant LESLIE KAYLN, that the Change of Plea Hearing, currently scheduled for April 22, 2020, at 10:30 a.m., in Courtroom 6A (ECF No. 128), in the above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than 45 days from the date of this Order.

This stipulation is entered into for the following reasons:

1.   On March 16, 2020, the Chief Judge of the U.S. District Court for the District of

1

1  Nevada issued Temporary General Order 2020-03, which found that due to the outbreak of the
2  coronavirus disease 2019 ("COVID-19") in the District of Nevada, the declaration by the
3  Governor of the State of Nevada of a public health emergency due to the spread of COVID-19
4  in Nevada, and the declaration of local emergencies by local governments due to COVID-19,
5  including Clark County, the Court has sustained "reduced ability to obtain an adequate
6  spectrum of jurors," and it noted the effects of public health recommendations, including
7  "social distancing measures."  General Order 2020-03 accordingly continued all civil and
8  criminal trials until April 10, 2020, pending further order of the Court and found that "the ends
9  of justice are best served by ordering the continuances, which outweighs the best interests of the
10 public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

11     2.    On March 19, 2020, the Chief Judge of the U.S. District Court for the District of
12 Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03,
13 "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread,"
14 resulting in the need for "more aggressive social-distancing measures." The Court noted further
15 that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many
16 business establishments and strongly encouraged all citizens to stay home." Accordingly, the
17 Court ordered the temporary closure of the Clerk's office, and implemented other changes,
18 including "striving to eliminate in-person court appearances." In the event any hearing must go
19 forward, the Court will conduct the hearing via video or teleconference. The Court will vacate
20 or amend GO 2020-04 no later than April 30, 2020.

21     3.    Accordingly, based on the public health emergency brought about by the
22 COVID-19 pandemic, and the required social-distancing measures as recognized in the General
23 Orders, the parties agree to this continuance.

24     4.    The parties have resolved this matter amicably and have transmitted to this Court

2

1 a copy of the signed plea agreement. The change of plea hearing is currently set for April 22, 2020, at 10:30 a.m. in Courtroom 6A, *see* ECF No. 128.

    5.    The parties agree to the continuance.

    6.    The defendant is not currently detained pending trial and does not object to a continuance.

    7.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

    8.    Trial in this case is currently scheduled for July 13, 2020.

    9.    This is the <u>first</u> requested continuation of the change of plea hearing.

DATED this 7th day of April, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Peter S. Christiansen*
PETER S. CHRISTIANSEN, ESQ.
Attorney for Leslie Kayln

/s/ *Peter S. Levitt*
PETER S. LEVITT
Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LESLIE KAYLN, D.N.P./A.P.R.N., a.k.a. LESLIE FETH,

        Defendant.

Case No.: 2:18-cr-00169-JCM-NJK

**ORDER**

      Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

      1.    On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-03, which found that due to the outbreak of the coronavirus disease 2019 ("COVID-19") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency due to the spread of COVID-19 in Nevada, and the declaration of local emergencies by local governments due to COVID-19, including Clark County, the Court has sustained "reduced ability to obtain an adequate spectrum of jurors," and it noted the effects of public health recommendations, including "social distancing measures." General Order 2020-03 accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the Court and found that "the ends of justice are best served by ordering the continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

      2.    On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03,

"the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

3. Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the General Orders, the parties agree to this continuance.

4. The parties have resolved this matter amicably and have transmitted to this Court a copy of the signed plea agreement. The change of plea hearing is currently scheduled for April 22, 2020, at 10:30 a.m., in Courtroom 6A (ECF No. 128).

5. The parties agree to the continuance.

6. The defendant is not currently detained pending trial and does not object to a continuance.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

8. This is the <u>first</u> request to continue the trial date herein.

For all of the above-stated reasons, the ends of justice would best be served by a

2

continuance of the change of plea hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, given the health concerns stated above.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

## ORDER

IT IS THEREFORE ORDERED, that the change of plea hearing in the above-referenced matter, currently scheduled for April 22, 2020, at 10:30 a.m., in Courtroom 6A (ECF No. 128), is vacated and continued to _____June 12_____, 2020, at _11:00_ a.m., in Courtroom 6A, which date shall not be sooner than sixty (60) days from the date of this Order.

DATED  April 8, 2020.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE